UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:15CV00929 ERW |
| MEGADENT, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion to Stay [ECF No. 16].

The Court will hold in abeyance Defendant's Motion to Stay until Defendants' responsive pleadings have been filed. Once an answer has been filed, the Court orders the parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Ordinarily parties do not exchange this information until after the Rule 16 Conference. However, in this case, the Court finds this is in the best interest of both parties and the litigation. The Court has scheduled a status conference on August 31, 2015, at 10:00 a.m. to be held in Courtroom 17 South, at which time further arguments may be presented and the Court will decide if a stay of proceedings is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay [ECF No. 16] is held in abeyance pending further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Certify Class [ECF No. 8] will continue to be held in abeyance pending further order of the Court.

So Ordered this 1st day of July, 2015.

*/s/ E. Richard Webber*

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**