UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY, <br><br>  Plaintiff, <br><br> vs. <br><br> MEGADENT, INC., et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:15CV00929 ERW |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion to Stay [ECF No. 16].

Factors to consider in determining a stay are potential prejudice to the non-moving party, hardship and inequity to the moving party if the action is not stayed, and the judicial resources that would be saved by the stay. *Emerson v. Lincoln Elec. Holdings, Inc.*, No. 09-6004-CV-SJ-GAF, 2009 WL 690181 at *1 (W.D.Mo. Mar. 12, 2009). After considering all of the factors and in light of the Eighth Circuit's suggestion in *Nack v. Walburg*, 715680, 682 (8th Cir. 2013), wherein the Eighth Circuit instructed the district court it "may entertain any requests to stay proceedings for pursuit of administrative determination of the issues raised," the Court will grant Defendants' motion to stay this case.

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay [ECF No. 16] is **GRANTED**.

So Ordered this 31st day of August, 2015.

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**