IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SUZANNE DEGNEN, D.M.D., PC. d/b/a SUNSET TOWER FAMILY DENTISTRY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:15-cv-00929-ERW |
| MEGADENT, INC., d/b/a MEGADENT LABS, INC., d/b/a MEGADENT, d/b/a MEGADENT LABORATORIES, et al. | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Suzanne Degnen, D.M.D., P.C. d/b/a Sunset Tower Family Dentistry, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismisses its case against all Defendants with prejudice, with all parties to bear their own costs and attorney fees.  Defendants Megadent, Inc., d/b/a Megadent Labs, Inc., d/b/a Megadent, d/ba/ Megadent Laboratories, and Kim Martinez stipulate to the dismissal.

| For the Plaintiff: | For the Defendants: |
|---|---|
| SCHULTZ AND ASSOCIATES LLP | STINSON LEONARD STREET LLP |
| By: /s/ *Ronald J. Eisenberg* | By:/s/ *Cicely I. Lubben* |
| Ronald J. Eisenberg, #48674MO<br>Robert Schultz,#35329MO<br>640 Cepi Drive, Suite A<br>Chesterfield, MO 63005<br>(636) 537-4645 – Telephone<br>(636) 537-2599 – Facsimile<br>reisenberg@sl-lawyers.com<br>rschultz@sl-lawyers.com | Cicely I. Lubben, #53897MO<br>J. Nicci Warr, #59975<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, Missouri  63105<br>(314) 863-0800 – Telephone<br>(314) 863-9388 – Facsimile<br>cicely.lubben@stinson.com<br>nicci.warr@stinson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on March 23, 2017, the foregoing was filed electronically with the Clerk of the Court and service was made through the Notice of Electronic Filing to all counsel of record.

/s/ *Ronald J. Eisenberg*

CORE/3004764.0002/132306699.2